UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 13-9302-DDP (GJS) | Date | March 6, 2019 |
|---|---|---|---|
| Title | Anand Jon Alexander v. Kim Holland | | |

| Present: | Hon. Gail J. Standish, United States Magistrate Judge | |
|---|---|---|
| | E. Carson | N/A |
| | Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| None present | | None present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On December 20, 2018, Petitioner (through counsel) filed a "Motion for Leave to Supplement and File a Third Amended Petition as Instructed Pursuant to Docket 17 for Writ of Habeas Corpus" [Dkt. 58, "Amendment Motion"]. As outlined in the Court's Order of February 5, 2019 [Dkt. 72, "February 5 Order"], since that time, there has been a series of mishaps and errors by Petitioner with respect to the proposed amended petition. Among other things, the February 5 Order struck the filed proposed amended petition [Dkt. 64] as a result of the cited problems and directed Petitioner to re-file the proposed amended petition.

Over a month has passed since the February 5 Order issued and Petitioner has not re-filed his proposed amended petition. As a result, there is no proposed amended petition before the Court and no basis for granting the pending Amendment Motion, and thus, it is subject to denial on that ground. Accordingly, Petitioner is ORDERED TO SHOW CAUSE why the Amendment Petition should not be denied due to Petitioner's failure to re-file a compliant proposed amended petition. **By no later than March 20, 2019**, Petitioner shall either file a Response to this OSC, explaining his failure to comply with the February 5 Order and why the Amendment Motion should not be denied, or he shall simply comply with the February 5 Order. If Petitioner does the latter, the Court will deem this OSC to be discharged and will consider the Amendment Motion.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-9302-DDP (GJS) | Date | March 6, 2019 |
|---|---|---|---|
| Title | Anand Jon Alexander v. Kim Holland | | |

Petitioner is cautioned that a failure to comply with this OSC likely will result in the denial of the Amendment Motion, without prejudice, for failure to comply with court order and to provide the proposed amended petition.

**IT IS SO ORDERED.**