JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAND JON ALEXANDER,<br>Petitioner<br>v.<br>KIM HOLLAND,<br>Respondent. | Case No. 2:13-cv-09302-DDP (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: December 10, 2024

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE